No. 349. SABENA BELGIAN WORLD AIRWAYS (SOCIETE ANONYME BELGE D'EXPLOITATION DE LA NAVI[G]ATION AERIENNE) *v.* LEROY, ADMINISTRATOR. C. A. 2d Cir. Certiorari denied. *George Warner Clark, John D. Calamari* and *Martin Fogelman* for petitioner. *George W. Herz* for respondent.

No. 367. SKAHILL, ADMINISTRATRIX *v.* CAPITAL AIRLINES, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Augustine P. Turnbull* for petitioner. *William J. Junkerman* for respondents.

No. 392. STAGER *v.* FLORIDA EAST COAST RAILWAY Co. Sup. Ct. Fla. and/or Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *B. Nathaniel Richter* for petitioner. *George C. Bolles* for respondent.

No. 399. SMITH, ADMINISTRATRIX, ET AL. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. *Marvin Schwartz* and *Calvin W. Breit* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas, David L. Rose* and *Robert V. Zener* for respondents. *Louis R. Harolds* for the American Trial Lawyers Association, as *amicus curiae,* in support of the petition.

No. 400. OWENS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Sam Adam* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 402. DEMPSTER BROTHERS, INC. *v.* COHN, TRUSTEE IN BANKRUPTCY. C. A. 7th Cir. Certiorari denied. *John H. Wessel* for petitioner. *Irvin B. Charne* for respondent.